| | |
|---|---|
| 1 | Lauren Veggian, 309909 |
| 2 | (858)224-2241 |
|   | The Cardoza Law Corporation |
| 3 | 548 Market St # 80594 |
|   | San Francisco, CA 94104 |
| 4 | Representing: Plaintiff                File No. 00662 |

United States District Court, Northern District of California

Northern District of California - District - San Jose

| | |
|---|---|
| Joel Massiah ) | Case No. 5:20-cv-04622-VKD |
| ) | |
| Plaintiff/Petitioner ) | Proof of Service of: |
| vs. ) | Summons, Civil Cover Sheet, Complaint, Standing Order for All Judges, Standing Order for Settlement Conferences, Standing Order for Civil Cases, Alternative Dispute Resolution Procedures Handbook, Joint Case Management Statement and Proposed Order, Consent or Declination to Magistrate Judge Jurisdiction |
| PLAZA SERVICES, LLC, et al. ) | |
| ) | |
| Defendant/Respondent ) | |

Service on:

P&B CAPITAL GROUP, LLC

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

OL#14958930

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Lauren Veggian, 309909<br>The Cardoza Law Corporation<br>548 Market St # 80594<br>San Francisco, CA 94104 | (858)224-2241 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>00662 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Joel Massiah

DEFENDANT:

PLAZA SERVICES, LLC, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:20-cv-04622-VKD |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Civil Cover Sheet, Complaint, Standing Order for All Judges, Standing Order for Settlement Conferences, Standing Order for Civil Cases, Alternative Dispute Resolution Procedures Handbook, Joint Case Management Statement and Proposed Order, Consent or Declination to Magistrate Judge Jurisdiction

2. Party Served: P&B CAPITAL GROUP, LLC

3. Person Served: Susie Vang - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 07/27/2020  1:30PM

5. Address, City and State: 2710 Gateway Oaks Drive, Suite 150N
   Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Sacramento
Registration No.: 2006-06
Tyler Anthony DiMaria
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/27/2020 at Petaluma, California.

Signature: _____

Tyler Anthony DiMaria

OL# 14958930