SPENCER FANE LLP
Mary E. Bacon (No. 283369)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3411
Facsimile: (702) 408-3401
E-mail: mbacon@spencerfane.com

*Attorneys for Defendant Plaza Services, LLC, Sprire Recovery Solutions, and P&B Capital Group, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL MASSIAH,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PLAZA SERVICES, LLC, SPIRE RECOVERY SOLUTIONS, AND P&B CAPTIAL GROUP, LLC<br>　　　　Defendants. | Civil Action No. 5:20-cv-4622<br><br>**JOINT NOTICE OF SETTLEMENT OF ALL PARTIES** |

　　　Notice is hereby given that Plaintiff, Joel Massiah ("Plaintiff"), and Defendants Plaza Services, LLC, Spire Recovery Solutions, and P&B Capital Group, LLC (together with the Plaintiff, collectively referred to as the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to all Parties.

/ / /

/ / /

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next thirty (30) days.

DATED this 2nd day of April, 2021.

Respectfully submitted,

SPENCER FANE LLP

By */s/ Mary E. Bacon*
Mary E. Bacon (No. 283369)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3411
Facsimile: (702) 408-3401
E-mail: mbacon@spencerfane.com
*Attorneys for Defendants*


The Cardoza Law Corporation

By */s/ Lauren Veggian*
Mike Cardoza, Esq.
Lauren Veggian, Esq.
Samuel Albert, Esq.
548 Market St., #80594
San Francisco, CA 94104-5401
Direct: 1(619) 483-1198
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On April 2, 2021, I certify that a true and correct copy of **JOINT NOTICE OF SETTLEMENT OF ALL PARTIES** was filed using the Court's CM/ECF system, which will electronically notify all counsel of record including the following.

LAUREN BROOKS SABB VEGGIAN
THE CARDOZA LAW CORPORATION
548 MARKET STREET, #80495
SAN FRANCISCO, CA 94104


/S/ ADAM MILLER
SPENCER FANE LLP